## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

TARA REED                                                                                          PLAINTIFF

v.                              CASE NO. 4:11cv00891 JMM

ARKANSAS CHILDREN'S HOSPITAL, et al                                           DEFENDANTS

### ORDER

The Court previously granted Defendant's motion to proceed in forma pauperis and ordered summons to be issued and the United States Marshal Service to serve the summons on Defendants (DE #6). The summons as to Defendant Justain Williams was returned unexecuted (DE #12) indicating that he was no longer employed with Defendant. Based on the information provided, the Clerk is directed to prepare a summons for Defendant Justain Williams and the United States Marshals Service is directed to serve the summons and a copy of the Complaint (DE #2) on Mr. Williams at 11413 Jamestown Drive, Little Rock, Arkansas 72211, without prepayment of fees and costs or security therefor pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff must be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED this 10th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE