IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TARA REED**                                                                                           **PLAINTIFF**

**V.**                          **CASE NO. 4:11CV00891 JMM**

**ARKANSAS CHILDREN'S HOSPITAL**                                   **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 11th day of September, 2012.

_____
James M. Moody
United States District Judge